NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANETTE ALCALA LYNN,<br>    Plaintiff,<br>    v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | No. 2:19-cv-09777-AS<br><br>[~~PROPOSED~~] JUDGMENT |

-1-

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: April 13, 2020

_____/ s / Sagar_____
HON. ALKA SAGAR
United States Magistrate Judge